IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                    NO. 6:10-CR-60015-003
                      NO. 6:13-CV-6005

KEVIN HICKS                                                           DEFENDANT

ORDER

Now on this 17th day of December 2013, there comes on for consideration the report and recommendation filed herein on November 26, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 183). No objections were filed and the time to do so has passed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety.[1] Accordingly, Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 171) is **GRANTED** for the purpose of re-sentencing to allow Defendant to file an appeal.

Defendant is hereby re-sentenced to fifty-seven (57) months

---

[1] As detailed in the report and recommendation, Defendant initially raised two grounds in his Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255; however, following an evidentiary hearing on November 22, 2013, Defendant conceded on his first ground and only his claim of ineffective assistance of counsel in failing to file a notice of appeal remain.

imprisonment, five (5) years of supervised release, $5,000 fine, and $100 special assessment, with all other conditions of Defendant's sentence to remain the same.  The United States Probation Office is directed to prepare an Amended Judgment in this matter.  Defendant's notice of appeal must be filed within fourteen (14) days after entry of the Amended Judgment.

    IT IS SO ORDERED.

                                              /s/ Robert T. Dawson  
                                              Honorable Robert T. Dawson  
                                              United States District Judge